General Accident Fire and Life Assurance Corporation, Limited, Plaintiff-Appellant, v. Melvin J. G. Lindenmier et al., Defendants-Appellees.

Gen. No. 11,006.

Second District.

April 16, 1958.

Released for publication May 3, 1958.

Knight & Knight, of Rockford (William D. Knight, Jr., of Rockford, of counsel) for appellant; Knight, Ingrassia & Bourland, of Rockford (B. Jay Knight, and Anthony S. Ingrassia, of Rockford, of counsel) for appellees Lindenmier; Irving M. Greenfield, of Chicago, and Erland O. Nelson, of Rockford, for appellees Johnson. PER CURIAM. Not to be published in full.